Before STATE INDUSTRIAL BOARD, Respondent. GEORGE RICHARD MEARES, Respondent, v. METROPOLITAN OPERA HOUSE and Another, Appellants.— Award

reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that there is no competent proof to support the finding that claimant received an average weekly wage of sixty-two dollars and sixty cents for a year preceding his injury. All concur.